THE STATE, EX REL. PEABODY COAL COMPANY, APPELLEE, *v.*
INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLANTS.

[Cite as State, ex rel. Peabody Coal Co., *v.* Indus. Comm. (1989),
41 Ohio St. 3d 5.]

(No. 88-1795—Submitted January 10, 1989—Decided February 22, 1989.)

*Vorys, Sater, Seymour & Pease, Sandra J. Anderson* and *Walter H. Goodwin,* for appellee.

*Anthony J. Celebrezze, Jr.,* attorney general, *Michael L. Squillace* and *Merl H. Wayman,* for appellant Industrial Commission of Ohio.

*Larrimer & Larrimer* and *David H. Swanson,* for appellant Robert H. Love.

The judgment of the court of appeals is vacated. This cause is remanded to the Industrial Commission with instructions to hold further proceedings in accordance with *State, ex rel. Eaton Corp.,* v. *Lancaster* (1988), 40 Ohio St. 3d 404, 534 N.E. 2d 46.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

---

BANKS ET AL., APPELLEES, *v.* MOBILE PRESSURE CLEANING,
INC. ET AL.; ARMCO, INC., APPELLANT.

[Cite as Banks *v.* Mobile Pressure Cleaning, Inc. (1989), 41 Ohio St. 3d 5.]

(No. 88-1921—Submitted January 12, 1989—Decided February 22, 1989.)

*Ruppert, Bronson & Chicarelli, James D. Ruppert* and *Leslie S. Landen,* for appellees.

*Smith & Schnacke, Stephen J. Butler* and *Thomas A. Knoth,* for appellant.

The motion to certify the record is allowed. The judgment of the court of appeals is affirmed, and the cause is remanded to the trial court for further consideration in light of *Van Fossen* v. *Babcock & Wilcox Co.* (1988), 36 Ohio St. 3d 100, 522 N.E. 2d 489, and *Mitchell* v. *Lawson Milk Co.* (1988), 40 Ohio St. 3d 190, 532 N.E. 2d 753.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.